**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No.   15-20205-SHL** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **DEMARCUS SMITH,** ) | |
| ) | |
| **Defendant.** ) | |

**POSITION OF THE UNITED STATES AS TO
PRE-SENTENCE REPORT**

Comes now the United States Attorney for the Western District of Tennessee by and through his duly authorized Assistant, takes the following position regarding the pre-sentence report prepared and filed in the above styled and numbered cause:

The United States has no objections, and therefore requests no amendments or adjustments.

        Respectfully submitted,

        EDWARD L. STANTON III
        United States Attorney

By:   /s/ Debra L. Ireland
       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Debra L. Ireland, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to Blake D. Ballin, Esq., Attorney for Defendant, 200 Jefferson Avenue, Suite 1250, Memphis, Tennessee, 38103.

This   18th   Day of December, 2015.

                                             /s/   Debra L. Ireland
                                             Assistant United States Attorney