IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

_____

UNITED STATES OF AMERICA

v.                                                                  Case # 2:15CR20205

DEMARCUS SMITH

_____

NOTICE OF APPEARANCE
_____

COMES NOW the Defendant, DeMarcus Smith, by and through his counsel of record, Blake D. Ballin, would respectfully file this Position Paper with respect to the Pre-sentence Report entered in this cause.

Defendant has no objections to the Pre-Sentence Report in this cause.

Defendant maintains that this Court should sentence the him considering all sentencing factors as contained in 18 USC 3553.

                                                        Respectfully Submitted,

                                                        /s/ Blake D. Ballin, Esq.
                                                        BALLIN, BALLIN & FISHMAN, P.C.
                                                        200 Jefferson Avenue, Suite 1250
                                                        Memphis, TN  38103
                                                        (901) 525-6278

                                                        Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Sheryl Lipman, Deb Ireland, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 14th day of January, 2016.

                                                        /s/Blake D. Ballin, Esq.

Case 2:15-cr-20205-SHL   Document 27   Filed 01/14/16   Page 2 of 2    PageID 45