## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

---

**UNITED STATES OF AMERICA**

**v.**                                                        **Case # 2:15CR20205**

**DEMARCUS SMITH**

---

### POSITION PAPER

---

COMES NOW the Defendant, DeMarcus Smith, by and through his counsel of record, Blake D. Ballin, would respectfully file this Position Paper with respect to the Pre-sentence Report entered in this cause.

Defendant has no objections to the Pre-Sentence Report in this cause.

Defendant maintains that this Court should sentence the him considering all sentencing factors as contained in 18 USC 3553.

Respectfully Submitted,


/s/ Blake D. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278

Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable Sheryl Lipman, Deb Ireland, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 14th day of January, 2016.


/s/Blake D. Ballin, Esq.